FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

'07 JUL 25 PM 1: 59

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA

v.

CASE NO.: CR406-309

RANDY S. LENTZ,
REBECCA J. LENTZ,
SCOTT T. BOWLIN,
KIM A. BOWLIN

## ORDER

After an independent review of the record, the Court concurs with the recommendation of the Magistrate Judge that the Motion to Suppress Evidence filed by Defendants Randy and Rebecca Lentz should be denied. Defendants have filed Objections to the Report and Recommendation, wherein they contend that the affidavit upon which a search warrant was issued for the Lentz Medical Practice had no factual basis. Defendants further contend that the warrant's authorization of the seizure of materials at the premises was overbroad. As the Magistrate Judge concluded, however, the affidavit in question and the statements of the agent therein clearly evidenced a fair probability that materials related to suspected health care fraud existed at the Lentz Medical Practice. Furthermore, the search warrant was not overbroad, as the items authorized to be seized were connected to the probable cause allegations against Defendants.

Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of this Court. The Motion to Suppress Evidence filed by Randy and Rebecca Lentz (Doc. No. 48) is hereby **DENIED**.

**SO ORDERED**, this 25th day of July, 2007.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA